2/26/15

81,739-03

The Court

I am asking for an 30 day extention in time for my writ to be put in compliance with the Texas Rules. I am incarcerated so I need a little time in the Law Library. I also have to send by mail. Please

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

Thank you,

#1495618 Rebekah Shropshire Rachell

WR-81,739-03

Tr. Ct. No. 07-10-10,763-C

2-26-15